Decided May 30, 2001

### JOHN MICHAEL MAGUIRE *v.* KATHLEEN JOAN MAGUIRE

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 903 (AC 20176), is denied.

*Geraldine Battistoli,* in support of the petition.

---

* The appeal was dismissed February 26, 2002.

*Kenneth J. McDonnell*, in opposition.

Decided May 30, 2001

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 758 (AC 20240), is denied.